IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>VIDA GROUP, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 3:19-cv-00008 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Entrepreneur Media, Inc. hereby dismisses this entire action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party will bear its own fees and costs incurred in this action.

Dated: July 22, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Stephen P. Barry*
Stephen P. Barry (VA Bar No. 81839)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202.637.2200 / 202.637.2201 (Fax)
*stephen.barry@lw.com*

Perry J. Viscounty (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
714.540.1235 / 714.755.8290 Fax
*perry.viscounty@lw.com*

- and -

Jennifer L. Barry (*pro hac vice*)
Patrick C. Justman (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 Fax
*jennifer.barry@lw.com*
*patrick.justman@lw.com*

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following counsel of record:

>Andrew S. Baugher
>FLORA PETIT PC
>90 N. Main Street, suite 201
>Harrisonburg, VA  22802
>Email:  asb@fplegal.com

>*/s/ Stephen P. Barry*
>Stephen P. Barry

>Attorneys for Plaintiff
>ENTREPRENEUR MEDIA, INC.